1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  NEILL T. TSENG (CABN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone: (415) 436-7155
6      FAX: (415) 436-6748
       neill.tseng@usdoj.gov
7
   Attorneys for Federal Cross-Defendants
8  PETALUMA HEALTH CENTER; FIONA REDWOOD, M.D.;
   KELLY SUE PFEIFER, M.D.; and ELAINE CHRISTIAN, C.N.M.
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12  Y.M., a minor, by and through his guardian )   CASE NO.
    ad litem, ROCIO MENDEZ,                     )
                                                )   **NOTICE OF REMOVAL OF CIVIL ACTION**
13                Plaintiff,                     )
                                                )
14        v.                                     )
                                                )
15  ST. JOSEPH HEALTH SYSTEM, a                  )
    California Corporation, doing business as    )
16  PETALUMA VALLEY HOSPITAL; SRM                )
    ALLIANCE HOSPITAL SERVICES, a                )
17  California Corporation, doing business as    )
    PETALUMA VALLEY HOSPITAL;                    )
18  ELAINE CHRISTIAN, R.N., BILLIE               )
    YVONNE GUERRA, D.O., BILLIE Y.               )
19  GUERRA, D.O., INC., a California             )
    Corporation; KELLY SUE PFEIFER,             )
20  M.D., AND DOES 1-250, inclusive,             )
                                                )
21                Defendants.                    )
                                                )
22  SRM ALLIANCE HOSPITAL SERVICES )
    dba PETALUMA VALLEY HOSPITAL                 )
23  and ST. JOSEPH HEALTH,                       )
                                                )
24            Cross-Complainants,                )
    v.                                           )
25                                               )
    PETALUMA HEALTH CENTER;                      )
26  FIONA REDWOOD, M.D.; KELLY SUE               )
    PFEIFER, M.D.; ELAINE CHRISTIAN,             )
27  C.N.M.; and ROES 1-100, inclusive,           )
                                                )
28            Cross-Defendants                   )
                                                )

1

2     TO:    Clerk, Superior Court of California      Bruce Fagel, Esq.
County of Sonoma, Hall of Justice      Law Offices of Bruce Fagel & Associates

3            600 Administration Drive        100 North Crescent Drive, Suite 360
Santa Rosa, CA 95403-2818        Beverly Hills, CA 90210

4           Barry Vogel, Esq.
Brett Schoel, Esq.

5           La Follette, Johnson, De Haas, Fesler & Ames
655 University Avenue, Suite 119

6           Sacramento, CA 95825

7     **PLEASE TAKE NOTICE** that on this day, Case Number CIVMS-14-00425 pending in Sonoma

8 County Superior Court is being removed to the United States District Court for the Northern District of

9 California, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 2679(d)(2) and 42 U.S.C. § 233(c), (l)(1) on

10 behalf of federal cross-defendants Petaluma Health Center; Fiona Redwood, M.D.; Kelly Sue Pfeifer,

11 M.D.; and Elaine Christian, C.N.M.  Pursuant to 28 U.S.C. §1446, the undersigned attorneys hereby

12 present the following facts to the Judges of the United States District Court for the Northern District of

13 California.

14     1.  On March 7, 2014, plaintiff Y.M., a minor, by and through his guardian ad litem Rocio Mendez

15 ("Plaintiff"), filed a complaint in the Superior Court of the State of California, County of Sonoma,

16 against defendants St. Joseph Health System, dba Petaluma Valley Hospital; Elaine Christian, R.N.;

17 Billie Yvonne Guerra, D.O.; Billie Y. Guerra, D.O., Inc.; and Kelly Sue Pfeifer, M.D. (collectively,

18 "Defendants"), for unspecified damages.  (See Exhibit 1.)

19     2.  Plaintiff alleged that, on or about May 21, 2007, and thereafter, Rocio Mendez employed

20 Defendants, and each of them, to diagnose, treat and care for Y.M.'s medical condition and to do all

21 things necessary for his care and treatment including, but not limited to, labor, delivery, hospitalization,

22 and nursing care and other medical treatment.  Plaintiff alleged that Defendants negligently selected

23 various hospitals and physicians and other health care providers and negligently examined, treated,

24 cared for, diagnosed, operated upon, attended and otherwise handled and controlled Plaintiff, thereby

25 proximately causing injuries and damages to Plaintiff.  Plaintiff alleged that said acts of negligence

26 include, but are not limited to, failing to diagnose or treat or care for Plaintiff's fetal distress and

27 perinatal asphyxia, such that he was not timely delivered and suffered severe brain damage from lack of

28 oxygen, and other neurological injuries.  (See Exhibit 1.)

3.   On June 10, 2014, defendants Elaine Christian, R.N., and Kelly Sue Pfeifer, M.D., were dismissed.  (See Exhibit 2.)

4.   On or around June 27, 2014, Plaintiff's attorney issued deposition subpoenas for Elaine Christian, R.N., and Kelly Sue Pfeifer, M.D.  (See Exhibit 3.)

5.   On September 2, 2014, defendants/cross-complainants SRM Alliance Hospital Services dba Petaluma Valley Hospital and St. Joseph Health filed a cross-complaint against federal cross-defendants Petaluma Health Center; Fiona Redwood, M.D.; Kelly Sue Pfeifer, M.D.; and Elaine Christian, C.N.M.; seeking, among other things, indemnity and/or contribution, and apportionment of fault. (See Exhibit 4.)

6.   On or around October 3, 2014, the United States Attorney's Office received notification from the United States Department of Health and Human Services about the filing of the cross-complaint.  The United States Attorney's Office has not been served with the summons or cross-complaint pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure.

7.   A trial date is currently set for March 27, 2015, at the Sonoma County Superior Court.

8.   This action must be removed to federal district court because the cross-complaint is against a federally supported health center and certain of its employees.  Pursuant to the Federal Tort Claims Act ("FTCA") and the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), Petaluma Health Center was deemed eligible for FTCA malpractice coverage and its employees were covered under the FTCA effective January 1, 2007, through December 31, 2007.  Further, Fiona Redwood, M.D.; Kelly Sue Pfeifer, M.D.; and Elaine Christian, C.N.M.; are or were employees of Petaluma Health Center and were acting within the scope of their employment at all times material to such alleged incidents.  (See Certification Pursuant to 28 U.S.C. § 2679(d).)

9.   Upon certification by the Attorney General, this action shall be removed to the district court at any time prior to trial.  Pursuant to written delegation from Melinda Haag, the duly appointed United States Attorney for the Northern District of California, the Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4.  The Chief of the Civil Division has certified that Fiona Redwood, M.D.; Kelly Sue Pfeifer, M.D.; and Elaine Christian, C.N.M.; were acting within the course and scope of their employment with Petaluma Health Center, which is deemed eligible for FTCA

1  malpractice coverage.  (See Certification Pursuant to 28 U.S.C. § 2679(d).)  This certification is

2  conclusive for purposes of removal.  28 U.S.C. § 2679(d)(2).

3      10. Upon removal the United States is automatically substituted as the party cross-defendant for

4  federal cross-defendants Petaluma Health Center; Fiona Redwood, M.D.; Kelly Sue Pfeifer, M.D.; and

5  Elaine Christian, C.N.M.; pursuant to 28 U.S.C. § 2679(d)(2).  This action will proceed as an action

6  against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and

7  exceptions applicable to those actions.  28 U.S.C. § 2679(d)(4).

8      11. This action is one arising under the Constitution and laws of the United States, and it is therefore

9  an action over which the district courts of the United States have original jurisdiction.  See 28 U.S.C.

10  § 1331.  It is removable to this court pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 2679(d)(2) and

11  42 U.S.C. § 233(c), (l)(1).

12      12. A copy of this Notice is being filed with the Clerk of the Sonoma County Superior Court.  This

13  filing will automatically effect removal of the action in its entirety to this Court for all future

14  proceedings pursuant to 28 U.S.C. § 1446(d).

15  Dated: October 17, 2014           Respectfully submitted,

16                                MELINDA HAAG
17                                United States Attorney

18          By:                /s/
19                                NEILL T. TSENG
                              Assistant United States Attorney
20                                Attorneys for Federal Cross-Defendants
                              Petaluma Health Center; Fiona Redwood, M.D.;
21                                Kelly Sue Pfeifer, M.D.; and Elaine Christian, C.N.M.

22

23

24

25

26

27

28