1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  NEILL T. TSENG (CABN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone: (415) 436-7155
6      Fax: (415) 436-6748
       neill.tseng@usdoj.gov
7
   Attorneys for Federal Cross-Defendants
8  PETALUMA HEALTH CENTER; FIONA REDWOOD, M.D.;
   KELLY SUE PFEIFER, M.D.; and ELAINE CHRISTIAN, C.N.M.
9
                    UNITED STATES DISTRICT COURT
10
           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11

| | |
|---|---|
| Y.M., a minor, by and through his guardian ad litem, ROCIO MENDEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>ST. JOSEPH HEALTH SYSTEM, a California Corporation, doing business as PETALUMA VALLEY HOSPITAL; SRM ALLIANCE HOSPITAL SERVICES, a California Corporation, doing business as PETALUMA VALLEY HOSPITAL; ELAINE CHRISTIAN, R.N., BILLIE YVONNE GUERRA, D.O., BILLIE Y. GUERRA, D.O., INC., a California Corporation; KELLY SUE PFEIFER, M.D., AND DOES 1-250, inclusive,<br><br>        Defendants.<br><br>SRM ALLIANCE HOSPITAL SERVICES dba PETALUMA VALLEY HOSPITAL and ST. JOSEPH HEALTH,<br><br>        Cross-Complainants,<br>  v.<br><br>PETALUMA HEALTH CENTER; FIONA REDWOOD, M.D.; KELLY SUE PFEIFER, M.D.; ELAINE CHRISTIAN, C.N.M.; and ROES 1-100, inclusive,<br><br>        Cross-Defendants. | CASE NO. C 14-4654 JST<br><br>**STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS PARTY CROSS-DEFENDANT; [PROPOSED] ORDER** |

Subject to the approval of the Court, the parties, by and through their counsel of record, hereby stipulate as follows:

1. This is a medical malpractice action related to the birth of Y.M., a minor, on May 21, 2007. Plaintiff is Y.M., by and through his guardian ad litem, Rocio Mendez. On March 7, 2014, Plaintiff filed a complaint in state court alleging medical malpractice against defendants St. Joseph Health System, a California Corporation, doing business as Petaluma Valley Hospital; SRM Alliance Hospital Services, a California Corporation, doing business as Petaluma Valley Hospital; Elaine Christian, R.N.; Billie Yvonne Guerra, D.O.; Billie Y. Guerra, D.O., Inc. a California Corporation; and Does 1-250, inclusive. (Doc. #1, Ex. 1.)

2. On June 10, 2014, defendants Elaine Christian, R.N., and Kelly Sue Pfeifer, M.D., were dismissed. (Doc. #1, Ex. 2.)

3. On September 2, 2014, defendants SRM Alliance Hospital Services dba Petaluma Valley Hospital and St. Joseph Health (collectively, "Cross-Complainants") filed a cross-complaint against cross-defendants Petaluma Health Center; Fiona Redwood, M.D. ("Dr. Redwood"); Kelly Sue Pfeifer, M.D. ("Dr. Pfeifer"); Elaine Christian, C.N.M. ("Nurse Christian"); and Roes 1-100, inclusive; seeking, among other things, indemnity and/or contribution, and apportionment of fault. (Doc. #1, Ex. 4.)

4. Cross-Complainants allege that Dr. Redwood, Dr. Pfeifer, and Nurse Christian were at all pertinent times acting in the course and scope of their employment at Petaluma Health Center. (Doc. #1, Ex. 4, at ¶ II.)

5. Petaluma Health Center has been certified, pursuant to the Federal Tort Claims Act ("FTCA") and the Federally Supported Health Centers Assistance Act ("FSHCAA"), 42 U.S.C. § 233(g)-(n), to have been deemed eligible for FTCA malpractice coverage and its employees covered under the FTCA during the time of the alleged incidents. (Doc. #2 ¶ 2.) Further, Dr. Redwood, Dr. Pfeifer, and Nurse Christian have been certified to have been acting within the scope of their employment with Petaluma Health Center at all times material to the alleged incidents. (Id.)

6. Under the FSHCAA, cross-defendant Petaluma Health Center is deemed part of the Public Health Service of the United States Department of Health and Human Services, and the FTCA, 28 U.S.C. §§ 1346(b), 2401(b), 2671-2680, is the exclusive remedy for alleged torts committed by

1  health center employees while acting within the course and scope of their employment.  See 28 U.S.C.
2  §§ 1346(b)(1), 2676, 2679.

3      7.      The FTCA provides an exclusive remedy for Cross-Complainants, if there is any at all,
4  and limits Cross-Complainants to an action against the United States of America, not against the
5  individual federal actors or agency.  See 28 U.S.C. §§ 2676, 2679.

6      8.      As a result of the foregoing, the parties hereby stipulate and agree that the United States
7  of America shall be substituted as the party cross-defendant in place of Petaluma Health Center, Dr.
8  Redwood, Dr. Pfeifer, and Nurse Christian.

9      9.      The caption for the cross-complaint shall be changed to SRM ALLIANCE HOSPITAL
10  SERVICES dba PETALUMA VALLEY HOSPITAL and ST. JOSEPH HEALTH, Cross-Complainants,
11  v. UNITED STATES OF AMERICA and ROES 1-100, inclusive, Cross-Defendants.

Respectfully submitted,

Dated: _____

BRUCE G. FAGEL
Attorney for Plaintiff Y.M., a minor, by and through his guardian ad litem, Rocio Mendez

Dated: _____

BARRY VOGEL
BRETT SCHOEL
Attorneys for Defendants/Cross-Complainants SRM Alliance Hospital Services dba Petaluma Valley Hospital and St. Joseph Health

MELINDA HAAG
United States Attorney

Dated: _____

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Cross-Defendants
Petaluma Health Center; Fiona Redwood, M.D.;
Kelly Sue Pfeifer, M.D.; and Elaine Christian, C.N.M.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

4  DATED: October 29, 2014



_____
HON.
UNITED STATES DISTRICT JUDGE