UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.M.,<br><br>        Plaintiff,<br><br>    v.<br><br>ST. JOSEPH HEALTH SYSTEM, et al.,<br><br>        Defendants. | Case No. 14-cv-04654-JST<br><br>**ORDER RELATING CASES**<br><br>Re: ECF No. 16 |

Before the Court is plaintiff Y.M.'s administrative motion to consider whether Y.M. v. United States of America, Case No. 3:15-cv-00049-JCS, is related to the above-captioned matter pursuant to Civil Local Rule 3-12, ECF No. 16, and the parties' stipulation and proposed order that the cases are related, ECF No. 16-1.

The two "actions concern substantially the same parties, property, transaction or event" and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). Consequently, the Court finds the two cases related within the meaning of Local Rule 3-12 and orders the Clerk to reassign Y.M. v. United States of America, Case No. 3:15-cv-00049-JCS, to the undersigned.

The parties and counsel are instructed that any future filings in the reassigned case are to

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  bear the initials of the undersigned immediately after the case number.  The case management
2  conference in the reassigned case will be rescheduled by the Court.
3  **IT IS SO ORDERED.**
4  Dated: January 15, 2015



_____
JON S. TIGAR
United States District Judge