1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | ALEX G. TSE (CABN 152348)
Chief, Civil Division
3 | NEILL T. TSENG (CABN 220348)
Assistant United States Attorney
4
5 | 450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: (415) 436-7155
6 | Fax: (415) 436-6748
neill.tseng@usdoj.gov
7
Attorneys for Federal Cross-Defendant
8 | UNITED STATES OF AMERICA

9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION

12 | Y.M., a minor, by and through his guardian ad litem, ROCIO MENDEZ,    CASE NO. C 14-4654 JST

13 | Plaintiff,    **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

15 | v.

16 | ST. JOSEPH HEALTH SYSTEM, a California Corporation, doing business as PETALUMA VALLEY HOSPITAL, et al.,

17 | Defendants.

20 | SRM ALLIANCE HOSPITAL SERVICES dba PETALUMA VALLEY HOSPITAL and ST. JOSEPH HEALTH,

22 | Cross-Complainants,
v.

23 | UNITED STATES OF AMERICA,

24 | Cross-Defendant.

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C 14-4654 JST                                        1

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

X   Private ADR (*please identify process and provider*)   Private mediator to be mutually agreed upon by parties

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X   other requested deadline   By the dispositive motion filing deadline to be ordered by the Court

Respectfully submitted,

Dated: January 7, 2015         /s/
                               BRUCE G. FAGEL
                               BRONISLAV DRAGANOV
                               Attorneys for Plaintiff Y.M., a minor, by and through his guardian ad litem, Rocio Mendez

Dated: January 7, 2015         /s/
                               BARRY VOGEL
                               BRETT SCHOEL
                               Attorneys for Defendants/Cross-Complainants SRM Alliance Hospital Services dba Petaluma Valley Hospital and St. Joseph Health

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C 14-4654 JST                              2

MELINDA HAAG
United States Attorney

Dated: January 7, 2015                              /s/
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Cross-Defendant USA

**[PROPOSED] ORDER**

☒  The parties' stipulation is adopted and IT IS SO ORDERED.

☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

DATED: February 27, 2015

IT IS SO ORDERED
Judge Jon S. Tigar