| | | |
|---|---|---|
| Bruce G. Fagel<br>Bronislav M. Draganov<br>LAW OFFICES OF BRUCE<br>G. FAGEL & ASSOCIATES<br>100 North Crescent Drive,<br>Suite 360<br>Beverly Hills, CA 90210<br>310-281-8700<br>310-281-5656 Fax<br>brucefagel@fagellaw.com<br>brondraganov@fagellaw.com<br><br>**Attorney for Plaintiff** | Barry Vogel<br>Brett Schoel<br>LA FOLLETTE, JOHNSON,<br>DE HAAS, FESLER & AMES<br>655 University Ave., Suite 119<br>Sacramento, California 95825<br>916-563-3100<br>916-565-3704 Fax<br>bschoel@ljdfa.com<br><br>**Attorneys for Defendants<br>and Cross-Complainants<br>SRM Alliance Hospital<br>Services, a California<br>Corporation, doing business<br>as Petaluma Valley Hospital<br>and St. Joseph Health** | Melinda Haag<br>US Attorney<br>Alex G. Tse<br>Chief, Civil Division<br>Neill T. Tseng<br>Assistant US Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA  94102-3495<br>415-436-7155<br>415-436-6748 Fax<br>Neill.tseng@usdoj.gov<br><br>**Attorneys for Federal<br>Defendant and Federal<br>Cross-Defendants United<br>States of America** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.M., a minor, by and through his guardian ad litem, ROCIO MENDEZ,<br><br>    Plaintiff,<br>v.<br><br>ST. JOSEPH HEALTH SYSTEM, a California Corporation, doing business as PETALUMA VALLEY HOSPITAL; SRM ALLIANCE HOSPITAL SERVICES, a California Corporation, doing business as PETALUMA VALLEY HOSPITAL; ELAINE CHRISTIAN, R.N., BILLIE YVONNE GUERRA, D.O., BILLIE Y. GUERRA, D.O., INC., a California Corporation; KELLY SUE PFEIFER, M.D., and DOES 1-250, inclusive,<br><br>    Defendants. | Case No.:  CV 14-cv-04654 JST<br><br>Consolidated with Case No.:C15-00049 JST<br><br>**REVISED SCHEDULING ORDER AND** [PROPOSED] **ORDER**<br><br>Honorable Jon S. Tigar |
| SRM ALLIANCE HOSPITAL SERVICES dba PETALUMA VALLEY HOSPITAL and ST. JOSEPH HEALTH,<br><br>    Cross-Complainants,<br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Cross-Defendants. | |

    Pursuant to Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9, the parties to the above-entitled action, plaintiff Y.M., by and through his Guardian ad Litem, Rocio Mendez, defendant SRM Alliance Hospital Services doing business as Petaluma Valley Hospital and St. Joseph Health (hereinafter referred to as "Petaluma Valley Hospital"), and federal defendant and cross-defendant United States of America submit their REVISED SCHEDLING ORDER AND PROPOSED ORDER.

**PROPOSED DATES:**

Proposed dates for designation of experts, discovery cutoff.

The pre-trial and trial dates have not changed.

The parties propose the following deadlines:

| | |
|---|---|
| Non-expert Discovery cutoff: | **December 9, 2015** |
| Expert Disclosure: | **January 6, 2016** |
| Rebuttal expert disclosure: | **February 12, 2016** |
| Expert discovery cut-off: | **March 22, 2016** |
| Mediation deadline: | **March 15, 2016** |
| Mediation scheduled: | **February 19, 2016** |
| Pretrial conference: | **May 6, 2016** |
| Trial date: | **May 31, 2016** |

Dated: July 24, 2015        /s/ BRUCE G. FAGEL
                            Counsel for Plaintiff

Dated: July 20, 2015        /s/ BRETT SCHOEL
                            Counsel for Defendant

Dated: July 16, 2015        /s/ NEILL S. TSENG
                            Counsel for Federal Defendant and Cross-Defendant

**REVISED SCHEDULING ORDER**

The above REVISED SCHEDULING ORDER is approved for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: July 27, 2015



_____
UNITED STATES MAGISTRATE JUDGE