| | | |
|---|---|---|
| Bruce G. Fagel<br>Bronislav M. Draganov<br>LAW OFFICES OF BRUCE G. FAGEL & ASSOCIATES<br>100 North Crescent Drive, Suite 360<br>Beverly Hills, CA 90210<br>310-281-8700<br>310-281-5656 Fax<br>brucefagel@fagellaw.com<br>brondraganov@fagellaw.com<br><br>**Attorneys for Plaintiff** | Barry Vogel<br>Brett Schoel<br>LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES<br>655 University Ave., Suite 119<br>Sacramento, California 95825<br>916-563-3100<br>916-565-3704 Fax<br>bschoel@ljdfa.com<br><br>**Attorneys for Defendants and Cross-Complainants SRM Alliance Hospital Services, a California Corporation, doing business as Petaluma Valley Hospital and St. Joseph Health** | Brian J. Stretch (CSBN 163973)<br>Acting U.S. Attorney<br>Alex G. Tse (CSBN 152348)<br>Chief, Civil Division<br>Neill T. Tseng (CSBN 220348)<br>Assistant U.S. Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102-3495<br>415-436-7155<br>415-436-6748 Fax<br>neill.tseng@usdoj.gov<br><br>**Attorneys for Federal Defendant and Federal Cross-Defendant United States of America** |


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Y.M., a minor, by and though his guardian ad litem, ROCIO MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>ST. JOSEPH HEALTH SYSTEM, et al.,<br><br>Defendants. | Case No.: C 14-04654 JST<br><br>Consolidated with Case No.: C 15-00049 JST<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE CONDITIONAL SETTLEMENT PENDING APPROVAL OF THE ATTORNEY GENERAL** |
| SRM ALLIANCE HOSPITAL SERVICES dba PETALUMA VALLEY HOSPITAL, et al.,<br><br>Cross-Complainants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Cross-Defendant. | |

WHEREAS, the parties attended a daylong mediation on February 19, 2016 in San Francisco, with mediator Jay C. Horton, Esq., facilitating the parties' efforts to resolve this litigation;

WHEREAS, Plaintiff Y.M., a minor, by and through his Guardian Ad Litem ROCIO MENDEZ, through his counsel Bruce G. Fagel of the Law Offices of Bruce G. Fagel & Associates, agreed to conditional settlement terms with Defendants and Cross-Complainants SRM ALLIANCE HOSPITAL SERVICES, a California Corporation, dba PETALUMA VALLEY HOSPITAL and ST. JOSEPH HEALTH (collectively, "PVH"), and Defendant and Cross-Defendant UNITED STATES OF AMERICA, to resolve globally all claims in the above-captioned consolidated actions, including Plaintiff's complaint against PVH, Plaintiff's complaint against the UNITED STATES, and PVH's cross-complaint against the UNITED STATES;

WHEREAS, one of the conditions of the conditional settlement is that the settlement terms be reviewed and approved by the Attorney General of the United States;

WHEREAS, counsel for Defendant UNITED STATES OF AMERICA has informed all counsel of record that the required review of the settlement terms by the Attorney General of the United States is anticipated to occur within approximately 60 - 90 days but may take more; and

WHEREAS, counsel for Plaintiff Y.M. a minor, by and through his Guardian Ad Litem ROCIO MENDEZ, will prepare a Petition for Minor's Compromise to be filed in this Court in approximately 30 days;

NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD, the parties hereby stipulate as follows:

1. The parties request that the Court vacate all pending case management dates and deadlines, including the deadline for Plaintiff's opposition to the USA's summary judgment motion on February 26, 2016; the deadline for the USA's optional reply for its summary judgment motion on March 4, 2016; the expert discovery deadline of March 22, 2016; the hearing on the USA's summary judgment motion on March 31, 2016; the pretrial conference on May 6, 2016; and the trial date of May 31, 2016. There is good cause for this request under Federal Rule of Civil Procedure 16(b)(4). First, the U.S. Attorney's Office must submit the terms of settlement to the Attorney General for review, and the review process is anticipated to take

place within 60 - 90 days but may take more. Second, plaintiff's counsel must prepare a petition for minor's compromise, which is a required procedure under California law and a significant undertaking for plaintiff's counsel, and is required before the Attorney General will conduct her review. These two tasks will require the expenditure of significant resources of the parties in the forthcoming weeks, and the parties respectfully request that all case management dates, including the trial date, be vacated in order to avoid the expenditure of substantial time and financial resources by the parties to conduct expert discovery, brief and argue the USA's summary judgment motion, and prepare this case for trial.

2. The parties request that the Court set a further status conference in this matter for May 25, 2016, at 2:00 p.m., or as soon thereafter as the parties may be heard.

IT IS SO STIPULATED.

Dated: 2/24/, 2016

BRUCE G. FAGEL
Counsel for Plaintiff

Dated: 2/26, 2016

BRETT SCHOEL
Counsel for Defendants and Cross-Complainants SRM Alliance Hospital Servs., a California Corporation, dba Petaluma Valley Hospital and St. Joseph Health

BRIAN J. STRETCH
Acting United States Attorney

Dated: 2/26, 2016

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Defendant and Cross-Defendant USA

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

All pending case management dates and deadlines, including the deadline for Plaintiff's opposition to the USA's summary judgment motion on February 26, 2016; the deadline for the USA's optional reply for its summary judgment motion on March 4, 2016; the expert discovery deadline of March 22, 2016; the hearing on the USA's summary judgment motion on March 31, 2016; the pretrial conference on May 6, 2016; and the trial date of May 31, 2016; are hereby VACATED.

The parties are ordered to appear for a further status conference on May 25, 2016, at 2:00 p.m.

Dated: February 29, 2016

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

