| Bruce G. Fagel<br>Bronislav M. Draganov<br>LAW OFFICES OF BRUCE<br>G. FAGEL & ASSOCIATES<br>100 North Crescent Drive,<br>Suite 360<br>Beverly Hills, CA 90210<br>310-281-8700<br>310-281-5656 Fax<br>brucefagel@fagellaw.com<br>brondraganov@fagellaw.com<br><br>**Attorney for Plaintiff** | Barry Vogel<br>Brett Schoel<br>LA FOLLETTE, JOHNSON,<br>DE HAAS, FESLER & AMES<br>655 University Ave., Suite 119<br>Sacramento, California 95825<br>916-563-3100<br>916-565-3704 Fax<br>bschoel@ljdfa.com<br><br>**Attorneys for Defendants and Cross-Complainants SRM Alliance Hospital Services, a California Corporation, doing business as Petaluma Valley Hospital and St. Joseph Health** | Brian J. Stretch (CSBN 163973)<br>U.S. Attorney<br>Sara Winslow (DCBN 457643)<br>Chief, Civil Division<br>Neill T. Tseng (CSBN 220348)<br>Assistant U.S. Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA  94102-3495<br>415-436-7155<br>415-436-6748 Fax<br>neill.tseng@usdoj.gov<br><br>**Attorneys for Federal Defendant and Federal Cross-Defendant United States of America** |
|---|---|---|

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Y.M., a minor, by and though his guardian ad litem, ROCIO MENDEZ,<br><br>   Plaintiff,<br><br>v.<br><br>ST. JOSEPH HEALTH SYSTEM, et al.,<br><br>   Defendants.<br>_____<br>SRM ALLIANCE HOSPITAL SERVICES dba PETALUMA VALLEY HOSPITAL, et al.,<br><br>   Cross-Complainants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Cross-Defendant. | Case No.:  C 14-04654 JST<br><br>Consolidated with Case No.: C 15-00049 JST<br><br><br><br><br><br><br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1 | Subject to the approval of the Court, the parties, by and through their counsel of record, hereby stipulate that the Further Case Management Conference scheduled for September 28, 2016, at 2:00 p.m. will be continued to October 5, 2016, at 2:00 p.m. A Joint Case Management Statement will be due by September 26, 2016. The reason for the requested continuance is that Federal Defendant's counsel will be out of the country from September 16-30, 2016. There are no other case management dates or deadlines currently on calendar.

Respectfully submitted,

Dated: June 29, 2016

*/s/ Bronislav M. Draganov*
BRONISLAV M. DRAGANOV
Counsel for Plaintiff

Dated: June 29, 2016

*/s/ Brett Schoel*
BRETT SCHOEL
Counsel for Defendants and Cross-Complainants
SRM Alliance Hospital Servs., a California Corporation, dba Petaluma Valley Hospital and St. Joseph Health

BRIAN J. STRETCH
United States Attorney

Dated: June 29, 2016

*/s/ Neill T. Tseng*
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Defendant and Cross-Defendant USA

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: June 30, 2016

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

BRIAN J. STRETCH
United States Attorney

Dated: June 29, 2016               */s/ Neill T. Tseng*
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant