| Bruce G. Fagel<br>Bronislav M. Draganov<br>LAW OFFICES OF BRUCE<br>G. FAGEL & ASSOCIATES<br>100 North Crescent Drive,<br>Suite 360<br>Beverly Hills, CA 90210<br>310-281-8700<br>310-281-5656 Fax<br>brucefagel@fagellaw.com<br>brondraganov@fagellaw.com<br><br>Attorney for Plaintiff | Barry Vogel<br>Brett Schoel<br>LA FOLLETTE, JOHNSON,<br>DE HAAS, FESLER & AMES<br>655 University Ave., Suite 119<br>Sacramento, California 95825<br>916-563-3100<br>916-565-3704 Fax<br>bschoel@ljdfa.com<br><br>Attorneys for Defendants<br>and Cross-Complainants<br>SRM Alliance Hospital<br>Services, a California<br>Corporation, doing business<br>as Petaluma Valley Hospital<br>and St. Joseph Health | Brian J. Stretch (CSBN 163973)<br>U.S. Attorney<br>Sara Winslow (DCBN 457643)<br>Chief, Civil Division<br>Neill T. Tseng (CSBN 220348)<br>Assistant U.S. Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102-3495<br>415-436-7155<br>415-436-6748 Fax<br>neill.tseng@usdoj.gov<br><br>Attorneys for Federal Defendant<br>and Federal Cross-Defendant<br>United States of America |
|---|---|---|

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Y.M., a minor, by and though his guardian ad litem, ROCIO MENDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ST. JOSEPH HEALTH SYSTEM, et al.,<br><br>    Defendants.<br>_____<br>SRM ALLIANCE HOSPITAL SERVICES dba PETALUMA VALLEY HOSPITAL, et al.,<br><br>    Cross-Complainants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Cross-Defendant. | Case No.: C 14-04654 JST<br><br>Consolidated with Case No.: C 15-00049 JST<br><br><br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c), Plaintiff Y.M., a minor, by and
2  through his guardian ad litem, Rocio Mendez; Defendants and Cross-Complainants SRM Alliance
3  Hospital Services, a California Corporation, doing business as Petaluma Valley Hospital and St. Joseph
4  Health; and Defendant and Cross-Defendant United States of America hereby stipulate to dismiss in its
5  entirety with prejudice the above-captioned consolidated action, Case Numbers C 14-04654 JST and
6  C 15-00049 JST, including any and all claims, cross-claims, or third-party claims that were asserted
7  therein. Each party will bear its own costs, expenses, and fees, with the Court expressly not retaining
8  jurisdiction over the above-captioned consolidated action, the settlement thereof, or the United States.

Respectfully submitted,

Dated: December 28, 2016

BRUCE G. FAGEL
Counsel for Plaintiff

Dated: December 28, 2016

BRETT SCHOEL
Counsel for Defendants and Cross-Complainants
SRM Alliance Hospital Servs., a California
Corporation, dba Petaluma Valley Hospital and St.
Joseph Health

BRIAN J. STRETCH
United States Attorney

Dated: December 29, 2016

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Defendant and Cross-
Defendant USA

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: January 3, 2017

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE: [PROPOSED] ORDER
C 14-04654 JST                                       2